IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Casey's Distributing, Inc. and Sportz Zone, Inc., on Behalf of Themselves and all Others Similarly Situated,

**Plaintiff**

vs.

National Football League, Inc., et al.,

**Defendant**

**Case Number**

1:22-cv-03934

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Saul Maldonado, Dean Santos, Lesia Dunn, Kimberly Ann Marckmann, and Louis Hibbs, individually and on behalf of all others similarly situated,

**Plaintiff**

vs.

National Football League, Inc., et al.,

**Defendant**

**Case Number**

1:22-cv-02289-ALC

IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

03/22/2022 - Complaint, Civil Cover Sheet and Summons filed against National Football League, Inc. et al.

03/22/2022 - Case assigned to Judge Andrew L. Carter, Jr.
Magistrate Judge James L. Cott is designated.
Parties are notified by the court that they may consent to proceed before a United States Magistrate Judge.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case (Casey's Distributing, Inc. and Sportz Zone, Inc., on Behalf of Themselves and all Others Similarly Situated v. National Football League, Inc., et al.) should be related to the earlier filed case (Saul Maldonado, Dean Santos, Lesia Dunn, Kimberly Ann Marckmann, and Louis Hibbs, individually and on behalf of all others similarly situated v. National Football League, Inc., et al., 1:22-cv-02289-ALC) because of the following:

1. The class actions concern substantially similar facts, legal issues, parties, transactions, and events. For example, they concern a similar set of defendants, similar events, and similar legal claims. Similar to the instant class action, the prior-filed class action alleges that the defendants conspired to boycott competing retailers from selling athletics-league-licensed products online, entered into exclusive-dealing arrangements that denied retailers access to suppliers, and otherwise engaged in anticompetitive activity to dominate and monopolize the relevant products markets.

2. The main difference between this class action and the prior-filed class action is that this class action seeks injunctive relief on behalf of a class of retailers and the prior-filed class action seeks primarily damages on behalf of consumers. Although these two class actions should not be litigated on the same exact timing track with respect to motion practice, discovery, and class certification, the parties and counsel will coordinate efforts to efficiently and effectively manage the cadence of both class actions.

3. There would be an unnecessary duplication of judicial effort, expense, delay, or undue burden on the Court and parties without the matters being related. For example, many similar issues will arise during dispositive briefing and discovery. Assignment of the class actions to a single judicial officer will conserve judicial resources and eliminate the potential for conflicting decisions.

Signature: /s/Justin S. Nematzadeh　　　　　　　　　　Date: 05/16/2022

Firm: Nematzadeh PLLC
101 Avenue of the Stars, 9th Floor
New York, NY 10013