UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CASEY'S DISTRIBUTING, INC.,  :
On Behalf of Themselves and All Others Similarly  :
Situated,  :
    :   1:22-cv-03934 (ALC)
*Plaintiffs*,  :
    :   ORDER
-against-  :
    :
NATIONAL FOOTBALL LEAGUE PROPERTIES,  :
LLC, et. al.,  :
    :
*Defendants*.  :
    :
------------------------------------------------------------------ :
    x

**ANDREW L. CARTER, JR., District Judge:**

    The Court held the briefing schedule for Defendants' motion to dismiss in abeyance pending the resolution of the motion to compel arbitration in *Maldonado v. NFL, et al.*, 22-CV-02289. The motion in *Maldonado* has since been resolved. The parties are ordered to submit a proposed briefing schedule for Defendants' motion to dismiss by August 2, 2023.

**SO ORDERED.**

**Dated:   July 28, 2023**
           **New York, New York**        **ANDREW L. CARTER, JR.**
                                                **United States District Judge**