UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

CASEY'S DISTRIBUTING, INC., et al.,

        Plaintiffs,

     v.

NATIONAL FOOTBALL LEAGUE, et al.,

        Defendants.

------------------------------------------------------- X

Case No. 1:22-cv-03934-ALC

## JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS

Plaintiff Casey's Distributing, Inc. and the alleged class ("Plaintiff") and Defendants National Football League ("NFL"), National Football League Properties, LLC ("NFLP"), NFL Enterprises LLC ("NFL Enterprises"), the NFL's member teams,[1] and Fanatics, LLC, incorrectly named as Fanatics, Inc. ("Fanatics") (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, on October 31, 2022, the Court granted Defendants' requests to file motions to dismiss, but the Court held the briefing schedule for Defendants' motions in abeyance pending the resolution of the motion to compel arbitration in the related action, *Maldonado v. NFL et al.*, No. 1:22-cv-02289-ALC (S.D.N.Y.) ("*Maldonado*").  ECF No. 57.

WHEREAS, on July 18, 2023, the Court granted the motion to compel arbitration in *Maldonado*.  *Maldonado*, ECF No. 78.

WHEREAS, on July 28, 2023, the Court ordered Plaintiff and Defendants (collectively,

---

[1] The NFL's 32 member teams—all of whom are named defendants—are listed in paragraphs 10-41 in Plaintiff's First Amended Complaint, ECF No. 52.

the "Parties") to submit a proposed briefing schedule for Defendants' motions to dismiss by August 2, 2023.  ECF No. 59.

NOW, THEREFORE, the Parties, through their undersigned counsel and subject to the Court's approval, stipulate and agree to the following:

1.      On or before October 6, 2023, Defendants shall file their motions to dismiss.  NFL, NFLP, NFL Enterprises, and the NFL's member teams (collectively, "NFL Defendants") shall file a single motion to dismiss, and Fanatics shall file its own single motion to dismiss.

2.      On or before December 5, 2023, Plaintiff shall file its brief(s) in opposition to Defendants' motions to dismiss.  Plaintiff may file a consolidated opposition to Defendants' motions to dismiss.

3.      On or before January 12, 2024, Defendants shall file their reply briefs in further support of their motions to dismiss.


## ORDER

Based upon the foregoing stipulation, the Court adopts the proposed briefing schedule set forth by the Parties.

Dated:   August 3, 2023
         New York, NY

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 2, 2023

**NEMATZADEH PLLC**

/s/ Justin S. Nematzadeh
Justin S. Nematzadeh
101 Avenue of the Americas, 9th Floor
New York, NY 10012
Tel: (646) 799-6729
jsn@nematlawyers.com

**BALESTRIERE FARIELLO**

/s/ John G. Balestriere
John G. Balestriere
Matthew W. Schmidt
225 Broadway, 29th Floor
New York, NY 10007
Tel: (212) 374-5421
Fax: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com

*Attorneys for Plaintiff Casey's Distributing, Inc. and the Proposed Class*

**PROSKAUER ROSE LLP**

/s/ Bradley I. Ruskin
Bradley I. Ruskin
David A. Munkittrick
Jeffrey H. Warshafsky
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
bruskin@proskauer.com
dmunkittrick@proskauer.com
jwarshafsky@proskauer.com

Bart H. Williams (*pro hac vice*)
Susan L. Gutierrez (*pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-4520

Respectfully Submitted,[2]

**LATHAM & WATKINS LLP**

/s/ Christopher S. Yates
Christopher S. Yates (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
Brendan A. McShane (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com
belinda.lee@lw.com
brendan.mcshane@lw.com
alicia.jovais@lw.com

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ Steven A. Reed
Steven A. Reed (*pro hac vice*)
R. Brendan Fee (*pro hac vice*)
Zachary M. Johns (*pro hac vice*)
1701 Market St.
Philadelphia, PA 19103
Tel: (215) 963-5000
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com

*Attorneys for Defendant Fanatics, LLC*

---

[2] The below electronic signatures are being used with the consent of each party in accordance with Rule 8.5(b) of this District's Electronic Case Filing Rules & Instructions.

bwilliams@proskauer.com
sgutierrez@proskauer.com

Colin R. Kass (*pro hac vice)*
101 Pennsylvania Avenue, N.W.
Suite 600 South
Washington, D.C. 20004
Tel: (202) 416-6800
ckass@proskauer.com

*Attorneys for NFL Defendants*

4