

**Justin S. Nematzadeh, Esq.**
Founder & Managing Member
101 Avenue of the Americas, Suite 909
New York, NY 10013
Email: jsn@nematlawyers.com
Office: (646) 799-6729
Mobile: (917) 836-3974

July 30, 2025

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Casey's Distributing, Inc., et al. v. National Football League, Inc., et al.*, No. 1:22-cv-03934-ALC (S.D.N.Y.) ("Action")–Courtesy Copy of Comparison Report Between Second Amended Class Action Complaint and First Amended Class Action Complaint

Dear Judge Carter:

      I represent Plaintiff Casey's Distributing Inc. ("Casey's") and the class in this Action and write pursuant to Your Honor's Individual Practices Rule 1.A. To aid in the Court and Defendants' review of Plaintiff's Second Amended Class Action Complaint ("SAC"), which Plaintiff filed today, please find enclosed a courtesy copy of a comparison version of the SAC to Plaintiff's First Amended Class Action Complaint, which was also filed today.

      Respectfully,

      /s/ *Justin S. Nematzadeh*

      Justin S. Nematzadeh
      *Attorney for Plaintiff and the Class*

Enclosure

cc: Counsel of Record