**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**CASEY'S DISTRIBUTING, INC., on Behalf of Itself and All Others Similarly Situated,**

**Plaintiff,**

**-against-**

**NATIONAL FOOTBALL LEAGUE, et al.,**

**Defendants.**

---------------------------------------------------------x

**1:22-cv-03934 (ALC) (JLC)**

**ORDER TERMINATING CASE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Opinion and Order dated September 29, 2026, granted Defendant's Motion to Dismiss (ECF No. 94). Based upon that Order, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** October 19, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**